# United States District Court
## District of Massachusetts

MARY CLAIRE BALL,
THOMAS AMES BALL,
    Plaintiffs,

v.                    CIVIL ACTION NO. 98-11887-RBC

WAL-MART STORES, INC.,
    Defendant.

## *JUDGMENT*

COLLINGS, Ch.U.S.M.J.

The case came on for trial before a jury, the Honorable Robert B. Collings, Chief United States Magistrate Judge, presiding. The case having been duly tried, and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED:

Judgment for the plaintiff, Mary Claire Ball, on Count VIII of the Complaint in the amount of twenty-five thousand dollars ($25,000) plus interest at the rate of 12% from August 13, 1998 in the amount of six thousand seven hundred thirty-nine dollars and seventy-three cents ($6,739.73) for a total of thirty-one thousand, seven hundred thirty-nine dollars and seventy-three cents ($31,739.73).

Judgment for the defendant, Wal-Mart Stores, Inc. on Counts I and VII of the Complaint.

In accordance with the Memorandum and Order on Defendant's Motion for Summary Judgment (#46) entered June 23, 2000,

IT IS ORDERED AND ADJUDGED:

Summary judgment for the defendant, Wal-Mart Stores, Inc. on Counts II, III, IV, V and VI of the Complaint.

The plaintiff, Mary Claire Ball, shall recover her costs.

> TONY ANASTAS
> Clerk of Court
>
> By: *Kathleen M. Dolan*
> Kathleen M. Dolan
> Deputy Clerk

Dated at Boston, Massachusetts
this 9th day of November, 2000.